**Opinion issued December 22, 2015**



In The

# Court of Appeals

For The

## First District of Texas

_____

## NO. 01-15-00696-CR
_____

## IN RE SAMUEL ROY JACKSON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Samuel Roy Jackson, incarcerated and proceeding *pro se*, has filed a petition for a writ of mandamus, seeking issuance of a writ directing respondent to consider and rule on his petition for a writ of habeas corpus, motion for an

evidentiary hearing, and motion for a bench warrant.[1] We dismiss relator's petition for a writ of mandamus.

Because relator's petition reflects that he has filed a petition for a writ of habeas corpus in the trial court, his mandamus petition relates to a pending post-conviction habeas corpus application involving a final felony conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon 2015). This Court does not have jurisdiction to grant relator's requested relief; only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction habeas corpus proceedings. *See Padieu v. Ct. App. of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013). Accordingly, any complaints about inaction on matters relating to relator's post-conviction application for a writ of habeas corpus must be brought in the Texas Court of Criminal Appeals. *See In re Briscoe*, 230 S.W.3d 196, 196–97 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding) ("Article 11.07 contains no role for the courts of appeals."); *In re McAfee,* 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) (noting that "only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings"). We have no authority to issue writs of mandamus in criminal law matters relating to final post-conviction felony proceedings. *See In re McAfee*, 53 S.W.3d at 717.

---

[1] Relator's petition identifies the underlying case as Cause No. 913043, in the 183rd District Court of Harris County, Texas, the Honorable Vanessa Velasquez presiding.

Accordingly, we dismiss relator's petition for a writ of mandamus for want of jurisdiction and dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.

Do not publish.   TEX. R. APP. P. 47.2(b).